IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

01 AUG 31 -M 2: 06

_____ COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| NATASHA GROOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | CIVIL ACTION NO. 01-RRA-1196-J |
| | ) | |
| TOWN OF PARRISH, et al, | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
AUG 31 2001

## MEMORANDUM OPINION

Before the court are numerous motions filed by the defendants, all of which were addressed in a report and recommendation entered on August 15, 2001. Defendants Robert Cole and Ken Thomas, both deputy sheriffs, were the only parties to file objections. The court has considered the report and recommendation, the objections of Cole and Thomas, and the entire court file.

Cole and Thomas contend that they are entitled to immediate dismissal.[1] In his report and recommendation, the magistrate judge recognized the unlikelihood that Deputy Cole could be held liable under any policymaking theory. The magistrate also recognized that the plaintiff's pleadings are insufficient in certain respects. The magistrate judge, however,

---

[1] As an alternative to their objections, these defendants request summary judgment, and have submitted affidavits in support thereof. The court will not convert the motion to dismiss into a motion for summary judgment.

recommends that the plaintiff be given the opportunity to explore the facts and, if the plaintiff can do so, to correct pleading deficiencies.

The court hereby **ACCEPTS**, **ADOPTS**, and **APPROVES** the findings and recommendations of the magistrate judge. The court further determines that the objections of Cole and Thomas are due to be overruled. An appropriate order will be entered.

DONE this 30th day of August, 2001.

H. Dean Buttram, Jr.,
United States District Judge