IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

NATASHA GROOM, )
)
    Plaintiff, )
)
vs. ) CIVIL ACTION NO. 01-RRA-1196-J
)
TOWN OF PARRISH, et al., )
)
    Defendants. )

**ENTERED**
JUL - 7 2004

## MEMORANDUM OF DECISION

Before the court are the summary judgment motions of the sole remaining defendants, the Town of Parrish and the City of Dora. The plaintiff has not filed a response. Based on the court's memorandum of decision entered May 14, 2004, these motions are due to be granted, and the claims against the Town of Parrish and the City of Dora are due to be dismissed. An appropriate order will be entered.

DONE this 7th day of July, 2004.

Robert R. Armstrong, Jr.
United States Magistrate Judge